IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID KINTEAY CARSON

Criminal No. 15-045

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: David Kinteay Carson, MC1296, Year of Birth: 1977, African American, Male.

2. Detained by: SCI Mercer, 801 Butler Pike, Mercer, PA 16137.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 2251(a) and (e), and 2252(a)(4)(B).

4. Detainee is presently confined in the SCI Mercer, Mercer, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a Change of Plea Hearing in Pittsburgh, Pennsylvania, on January 11, 2016, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

6. The Warden of SCI Mercer, Mercer, Pennsylvania has no objection to the granting of this petition.

s/ Jessica Lieber Smolar
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

Dec. 7, 2015
DATE

Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE

cc: United States Attorney