IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 15-45 |
| THOMAS KINTEAY CARSON. | |

## PRELIMINARY ORDER OF CRIMINAL FORFEITURE
## AGAINST THOMAS KINTEAY CARSON

AND NOW, this ___1st___ day of ___February___, 2016, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Thomas Kinteay Carson, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Thomas Kinteay Carson in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3):   one (1) Samsung cell phone, black in color with a black case, Model SCH-S738C, bearing barcode numbers 268435462901235645 and A000004512DABD, further identified by CATS No. 15-FBI-006823.

2. This Order of Forfeiture against Thomas Kinteay Carson will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

_____
United States District Court Judge