IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Crim. No. 15-45 |
| DAVID KINTEAY CARSON | ) |

## AMENDED PRELIMINARY ORDER OF CRIMINAL FOREITURE AGAINST DAVID KINTEAY CARSON

AND NOW, this 2nd day of March, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that this Court's "Preliminary Order of Criminal Forfeiture against Thomas Kinteay Carson," dated February 1, 2016 [ECF 40] is VACATED.

It is further hereby ORDERED, ADJUDGED, and DECREED that upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against David Kinteay Carson [ECF 39], it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of David Kinteay Carson in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): one (1) Samsung cell phone, black in color with a black case, Model SCH-S738C, bearing barcode numbers 268435462901235645 and A000004512DABD, further identified by CATS No. 15-FBI-006823.

2. This Order of Forfeiture against David Kinteay Carson will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

*Maurice B. Cohill Jr.*
Maurice B. Cohill, Jr.
Senior U.S. District Court Judge